## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
## (HARRISBURG)

| | | |
|---|---|---|
| IN RE: | ) | |
| MARIA CONCEPCION GOMEZ | ) | CASE NO.: 1:19-bk-00591-HWV |
| | ) | CHAPTER 13 |
| | ) | JUDGE HENRY W. VAN ECK |
| DEBTOR | ) | |
| | ) | |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING | ) | |
| | ) | |
| MOVANT | ) | |
| | ) | |
| MARIA CONCEPCION GOMEZ, DEBTOR, AND JACK N. ZAHAROPOULOS, TRUSTEE | ) | |
| | ) | |
| RESPONDENTS | ) | |

## ORDER

Upon filing of a Certificate of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on November 6, 2020, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code; as amended by (the Bankruptcy Code), is modified as to the premises 211 Ewell Avenue, Gettysburg, PA 17325 so as to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing or its successor or assignees, to proceed with its rights and remedies under the terms of the mortgage and to pursue its in rem State court remedies, which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 26, 2022