# Notice Recipients

District/Off: 0314−1     User: AutoDocketer     Date Created: 10/26/2022
Case: 1:19−bk−00591−HWV     Form ID: pdf010     Total: 4

**Recipients of Notice of Electronic Filing:**
tr     Jack N Zaharopoulos (Trustee)     info@pamd13trustee.com
aty     Dorothy L Mott     DorieMott@aol.com
aty     Joshua I Goldman     josh.goldman@padgettlawgroup.com
aty     Kara Katherine Gendron     karagendron@gmail.com

TOTAL: 4